MEMORANDUM OPINION



No. 04-07-00560-CV



Cecilio HERNANDEZ and Christina Hernandez,


Appellants



v.



Hector X. ZUNIGA d/b/a Z & R Investments,


Appellee



From the 341st Judicial District Court, Webb County, Texas


Trial Court No. 2006-CVQ-001685-D3


Honorable Elma Teresa Salinas Ender, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: October 10, 2007


DISMISSED FOR WANT OF PROSECUTION

 On August 20, 2007, we ordered appellants to provide written proof to this court that either:
(1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2)
appellants are entitled to appeal without paying the clerk's fee. Appellants have failed to respond
to this order. Therefore, we dismiss the appeal. See Tex. R. App. P. 37.3(b), 42.3(c). Costs of
appeal are taxed against appellants.

 PER CURIAM